
RECEIVED
CHARLOTTE, N.C.
APR 18 2007
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05 CR 293-W |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | MOTION AND ORDER TO |
| | ) | CONTINUE |
| MOHAMMED JAH MASSAQUOI | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion and Order to Continue in this matter be sealed.

NOW THEREFORE IT IS ORDERED that the Motion and Order to Continue in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 20th day of April, 2007.

_____
HON. FRANK D. WHITNEY
UNITED STATES DISTRICT COURT JUDGE